**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| **Alpha Telecommunications, Inc., et al.,** | ) | **CASE NO. 1:05 CV 2660** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Fort Wayne Community Schools,** | ) | **Judgment Entry** |
| | ) | |
| **Defendant.** | ) | |


This Court, having GRANTED Defendant's Motion for Summary Judgment or, in the

Alternative, to Dismiss for Failure to Join an Indispensable Party Pursuant to Civil Rule 19 (Doc.

8), hereby enters judgment in favor of defendant and against plaintiffs.

IT IS SO ORDERED.



/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:  5/8/06

1